NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KEYNETIK, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

———————————

2022-1128

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00985.

———————————

**JUDGMENT**

———————————

MARK W. HALDERMAN, Armstrong Teasdale, LLP, Philadelphia, PA, argued for appellant. Also represented by EDWARD F. BEHM.

PHILLIP W. CITROEN, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by CHETAN BANSAL, STEPHEN BLAKE KINNAIRD, ALEXA LOWMAN, NAVEEN MODI, JOSEPH PALYS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 18, 2023 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |